Case NO. 3:18-CV-01441

FILED

DEC - 7 2018

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

While incarcerated in S.R.J. during the Months of Sep. to Oct. 2018 I was a Misdamenor Housed as a pre-Trail felon, and why this was going on my 8th Ammendment Rights was vaolated By Being inpropertly housed and Being Mass punished and My first amendment By Being Denied an Attorny phone call, and then Being Denied My right to speak to a Gold Badge or shift supervisor By the same Cpl. that was mass punishing us, and he being Cpl. Rupp of SCRj started yelling and cussing me for asking him to speak to a Authortive above him, he then threatened me with whole time and sprayed with mase and as soon as Sgt. Tony came in he never spoke to me he imedeatly sprayed me and then Rupp hand coffed me and twisted my wrest out of sorket and then, told me that he had just got a New 40 cal Glock and can't wait to use it and stated he would he waiting on fene to get out so he can use his new gun to Blow my fucking Brains Out

(left margin, vertical text)
Bill of Rights / Confinement cond.

Scope of protection

Due process

Constitutional law / Procedural

8th ismer / 14 right

7

FILED
8105 T- 930

out immediat fear for my own life, I stressed the situation to Lt. Terry who did nothing about it and then cont. to let Rupp controle the situation, and he put me on Agseg and treid 3 time's to get me to signe papers of gulty resulting in 13 Day Agseg and if I didnt than I would ger 60 Days Agseg and there was nothing I could do about it, and At that point I was truly in fear for my life. B/c no one would help me and that resulted in me being scared to eat my food I started a rumor stateing I was getting out on Oct.5 instead of the 4th So that I could get out safly, Sgt King helped me out and assured me my safety. But I was still scared, I would like to see King awarded and or moved up and Rupp to removed, and Toney to get counseling. And Terry to be retrained in his positim, and Manetery compasation for Mental dis. pain and sufering please and thank you

Joshua R Snyder

12-3-18

Joshua R. Snyder # 5533011
10 Hoanien place
Barbousville WV, 25504

This person is an inmate
at Western Regional Jail

CHARLESTON WV
WV 250
06 DEC 2018 PM 2 L

Clerk U.S. District Court
845 Fifth Av. Rm.101
Huntington, WV 25701

25701-203126



FOREVER
USA

Barn Swallow