# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

# HUNTINGTON DIVISION

JOSHUA RYAN SNYDER,

        Plaintiff,

v.                          CIVIL ACTION NO. 3:18-1441

SOUTH CENTRAL REGIONAL JAIL;
WESTERN REGIONAL JAIL;
CORPORAL ROOP;
SGT. TONY;
OFFICER KING;
PRIME CARE; and
SGT. FRANKLIN,

        Defendants.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant Plaintiff's Motion to Dismiss (ECF No. 6) and reassign the instant civil action to the Charleston Division pursuant to the Standing Order for the assignment and referral of civil actions and matters to Magistrate Judges. (ECF No. 3 at 2). Neither party has filed objections to the Magistrate Judge's findings and recommendation.[1]

---

[1] The Proposed Findings and Recommendation was returned marked undeliverable. The Clerk of Court has no current address for Plaintiff.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Plaintiff's Motion to Dismiss (ECF No. 6) and reassigns the instant civil action to the Charleston Division pursuant to the Standing Order for the assignment and referral of civil actions and matters to Magistrate Judges. (ECF No. 3 at 2), consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: May 9, 2019

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE