UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON

**JOSHUA RYAN SNYDER,**

      **Plaintiff,**

v.                                                                            Case No. 2:18-cv-01441

**SOUTH CENTRAL REGIONAL JAIL**, *et al.*,

      **Defendants.**

### PROPOSED FINDINGS AND RECOMMENDATION

    This matter is assigned to Honorable Thomas E. Johnston, Chief United States District Judge, and it is referred to the undersigned United States Magistrate Judge for submission of proposed findings and a recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). Defendants Roop and Tony were served with process and filed an Answer to the Amended Complaint (ECF No. 18).

    A status conference was held in this matter on July 16, 2019. William E. Murray, counsel for defendants Roop and Tony, appeared in person, but the *pro se* plaintiff failed to appear. Mr. Murray advised the court that the plaintiff was released from custody at the Western Regional Jail in December of 2018 and, as of this date, he does not appear on the inmate locators of the West Virginia Division of Corrections and Rehabilitation, including the regional jail system. Nor does he appear to be on parole or other known supervision by the State of West Virginia.

    The plaintiff has not provided the court or counsel with a forwarding address or any other current contact information in this case, or in a second civil rights matter

pending in the court's Huntington Division (Case No. 3:18-cv-01438), as required by Local Rule of Civil Procedure 83.6. In fact, he has not communicated with the court or counsel in any way concerning this matter since filing his Amended Complaint on December 7, 2018.

On July 16, 2019, the undersigned issued an Order to Show Cause directing the plaintiff to demonstrate good cause for why this matter should not be dismissed within 30 days, in accordance with Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule of Civil Procedure 41.1. The plaintiff was notified that, unless, he provided, in writing, good cause for the retention of this matter on the docket and his intent to proceed therewith by August 15, 2019, the undersigned would recommend that the presiding District Judge dismiss this matter for failure to prosecute. The plaintiff has failed to comply with the Order to Show Cause. Thus, the court is unable to move this matter forward and the responsibility for the delay in the progress of this matter is entirely on the plaintiff. Accordingly, dismissal appears to be the only appropriate sanction.

## RECOMMENDATION

The undersigned proposes that the presiding District Judge **FIND** that the plaintiff has failed to prosecute this civil action. Therefore, it is respectfully **RECOMMENDED** that the presiding District Judge **DISMISS** this matter for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The plaintiff is notified that this Proposed Findings and Recommendation is hereby **FILED**, and a copy will be submitted to the Thomas E. Johnston, Chief United States District Judge. Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(C), and Rules 6(d) and 72(b), Federal Rules of Civil Procedure, the plaintiff shall have fourteen days (filing of objections) and then three days (service/mailing), from

the date of filing this Proposed Findings and Recommendation within which to file with the Clerk of this Court, specific written objections, identifying the portions of this Proposed Findings and Recommendation to which objection is made, and the basis of such objection. Extension of this time period may be granted by the presiding District Judge for good cause shown.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Circuit Court of Appeals. *Snyder v. Ridenour*, 889 F.2d 1363 (4th Cir. 1989); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984). Copies of such objections shall be served on the opposing party and Chief Judge Johnston.

The Clerk is directed to file this Proposed Findings and Recommendation, to transmit a copy to counsel of record, and to mail a copy to the plaintiff at his last known address.

August 29, 2019

Dwane L. Tinsley
United States Magistrate Judge