# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

JOSHUA RYAN SNYDER,

        Plaintiff,

v.                                                  CIVIL ACTION NO. 2:18-cv-01441

SOUTH CENTRAL REGIONAL JAIL et al.,

        Defendants.

## ORDER

Pending before the Court is Plaintiff's Amended Complaint under 42 U.S.C. § 1983. (ECF No. 7). By Standing Order entered on January 4, 2016, and filed in this case on November 15, 2018, this action was reassigned and referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings and a recommendation for disposition ("PF&R"). (ECF Nos. 3, 14.) Magistrate Judge Tinsley filed his PF&R on August 29, 2019, recommending that this Court find that Plaintiff has failed to prosecute this matter pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (ECF No. 25.)

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and the Plaintiff's right to appeal this Court's order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). In addition, this Court need

not conduct a *de novo* review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).

Objections to the PF&R in this case were due on September 12, 2019. (ECF No. 25.) To date, Plaintiff has failed to submit any objections in response to the PF&R, thus constituting a waiver of *de novo* review and Plaintiff's right to appeal this Court's order.

Accordingly, the Court **ADOPTS** the PF&R, (ECF No. 25), **DISMISSES** Plaintiff's Amended Complaint for failure to prosecute, (ECF No. 7), and **DISMISSES** this action from the docket of the Court.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: September 25, 2019

_____
THOMAS E. JOHNSTON, CHIEF JUDGE